Brent P. Marlis, SBN 284654
brent@workjustice.com
Garen Nadir, SBN 285394
garen@workjustice.com
THE WORK JUSTICE FIRM
3530 Wilshire Blvd., Suite 1460
Los Angeles, CA 90010
Telephone: 323-775-9000
Facsimile:  323.775.9000

Attorneys for Plaintiff
JACKIE NUNEZ

JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
DIANE N. HOLLAND, SBN 332992
diane.holland@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone: 916-840-3150
Facsimile:  916-840-3159
Facsimile:  714-754-1298

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JACKIE NUNEZ<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC., a corporation; and DOES 1 through 50, inclusive<br><br>　　　　Defendants. | Case No. 5:24-cv-00136 ODW (SHKx)<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: May 9, 2023<br>Trial Date:　　　None Set<br>District Judge:　Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Shashi H. Kewalramani |

Plaintiff Jackie Nunez and Defendant Wal-Mart Associates, Inc., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: October 29, 2024          THE WORK JUSTICE FIRM


                                 By: */s/ Garen Nadir*
                                     Brent P. Marlis
                                     Garen Nadir

                                     Attorneys for Plaintiff
                                     Jackie Nunez


DATED: October 29, 2024          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.



                                 By: */s/ James T. Conley*
                                     James T. Conley
                                     Diane Holland
                                     Attorneys for Defendant
                                     WAL-MART ASSOCIATES, INC.


**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), James T. Conley hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: October 29, 2024          */s/ James T. Conley*
                                 James T. Conley