UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 5:24-cv-00136-ODW (SHKx) | Date | October 30, 2024 |
|---|---|---|---|
| Title | *Jackie Nunez v. Wal-Mart Associates, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**         **In Chambers**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 20) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2. All dates and deadlines in this action are **VACATED** and taken off calendar; and

3. Each party shall bear its own costs and attorneys' fees.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                             : 00

Initials of Preparer    SE